**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1729**

MS. MAYNER J. POPE,

       Plaintiff - Appellant,

     v.

MS. ALICIA GUNS, Manager, Member Relations; AAA CLUB ALLIANCE, INC.; MR. KENNETH GREGORY GIVENS,

       Defendants - Appellees,

     v.

MR. GREG GIVENS, Damage Assessor, Member Relations; AMERICAN AUTOMOBILE ASSOCIATION MID-ATLANTIC, INC.,

       Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:15-cv-02422-JFM)

Submitted: December 20, 2016    Decided: December 22, 2016

Before GREGORY, Chief Judge, and WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mayner J. Pope, Appellant Pro Se.  Frank Furst Daily, III, LAW OFFICES OF FRANK F. DAILY, PA, Hunt Valley, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mayner J. Pope appeals the district court's order granting the Defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Pope cannot prevail on her 42 U.S.C. § 1981 (2012) claims, as she has failed to provide evidence that her contractual rights were impacted. As to Pope's state law negligence claim, although it appears that there is diversity between the parties, we agree with the district court's conclusion that it lacks original jurisdiction based on the amount in controversy. Further, the district court's decision not to exercise supplemental jurisdiction over this claim is within that court's discretion. 28 U.S.C. § 1367(c) (2012).

Accordingly, we deny Pope's motion to supplement the record and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED